

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2014

No. 04-14-00312-CR

**IN RE** Juan Carlos **VALLES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

On May 1, 2014, relator filed a pro se petition for writ of mandamus. This court has determined that we lack jurisdiction to grant the requested relief. The petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on May 6th, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 12-03-00119-CRL, styled *The State of Texas v. Juan Carlos Valles*, pending in the 81st Judicial District Court, La Salle County, Texas, the Honorable Donna S. Rayes presiding.